HOWARD RICHARDSON, RESPONDENT, v. JACOB HEIN-
OCHOWITZ, APPELLANT.

Submitted February 9, 1925—Decided March 16, 1925.

On appeal from the Supreme Court, whose *per curiam* is
printed in 2 *N. J. Mis. R.* 919.

For the respondent, *Dalrymple & Campbell.*

For the appellant, *Milton M. Unger.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE,
GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ.
13.

*For reversal*—None.